**STATE of Missouri, Respondent,**

v.

**Thomas WHITLOW, Appellant.**

**No. WD 59798.**

Missouri Court of Appeals, Western District.

Jan. 29, 2002.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH, Judge, and EDWIN H. SMITH, Judge.

**ORDER**

Thomas Whitlow appeals the circuit court's judgment denying his motion for post-conviction relief from his felony of stealing conviction. We affirm. Rule 84.16(b).